CITY OF ROCHESTER, Appellant, *v.* UNION FREE SCHOOL DISTRICT NUMBER FOUR OF TOWN OF LIVONIA et al., Respondents.

Argued January 12, 1939; decided February 21, 1939.

*William H. Emerson, Corporation Counsel,* for appellant.
*Marvin R. Dye* for Union Free School District Number Four of Town of Livonia, respondent.
*Denton D. Robinson, County Attorney,* for county of Livingston, respondent.

*Edward M. Ogden* for town of Rush, respondent.

*Scott W. Crane* and *Edwards P. Ward* for town of Livonia, respondent.

*F. Allen de Graw, County Attorney (Earle S. Warner* of counsel), for county of Ontario, *amicus curiæ.*

*Hampton H. Halsey* for town of Henrietta, *amicus curiæ.*

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.